IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID MOSHER, | } | |
| Petitioner, | } | |
| v. | } | CIVIL ACTION NO. 09-RRA-0603-J |
| SHERIFF KEVIN WILLIAMS, et al., | } | |
| Respondents. | } | |

### ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED WITHOUT PREJUDICE**. Costs are taxed to the petitioner.

**DONE**, this 4th day of May, 2009.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE